# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2731

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Minnesota. |
| | * | |
| Ricardio Dale Smith, | * | **[UNPUBLISHED]** |
| | * | |
| Appellant. | * | |

_____

Submitted: January 24, 2003
Filed: January 27, 2003

_____

Before LOKEN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Ricardio Dale Smith pleaded guilty to possession of a firearm and ammunition by a person with three felony crime-of-violence convictions, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e). Smith entered into a plea agreement in which he waived his right to appeal his sentence so long as the court sentenced him at or below the Guidelines range of 168-210 months. The district court[1] sentenced Smith to the mandatory minimum of 180 months in prison and five years of supervised release.

_____

[1]The HONORABLE MICHAEL J. DAVIS, United States District Judge for the District of Minnesota.

On appeal, counsel has moved to withdraw and filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967).

Smith knowingly and intelligently waived his right to appeal the sentence the district court imposed. <u>See</u> <u>United States v. Morrison</u>, 171 F.3d 567, 568 (8th Cir. 1999). Further, having reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues.

Accordingly, we grant counsel's motion to withdraw and affirm.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.